# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2740

_____

TRAVIS J WINBUSH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

November 17, 2025

PER CURIAM.

AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Travis J. Winbush, pro se, Appellant.

Candice K. Brower, Conflict Counsel, and Michael J. Titus, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel Region One, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.